AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.    2:19-cr-00361
The residence located at )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
The residence located at _____ (for a detailed description of the location to be searched, see Attachment A which is attached hereto and incorporated by reference)

located in the _____ District of ____South Carolina____ , there is now concealed *(identify the person or describe the property to be seized)*:
Evidence and instrumentalities of violations of 26 U.S.C. § 7206(2) as described in greater detail in Attachment B which is attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 7206(2) | Aiding or Assisting in the Preparation or Presentation of a Fraudulent Tax Return |

The application is based on these facts:
See the attached Affidavit, which is incorporated by reference, for the facts upon which this application is based

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Alison Cleveland*
Applicant's signature

Alison Cleveland, Special Agent IRS-CI
Printed name and title

Sworn to before me and signed in my presence.

Date: April 5, 2019

*Mary Gordon Baker*
Judge's signature

City and state: Charleston, SC

Mary Gordon Baker, United States Magistrate Judge
Printed name and title